472 A.2d 251

Commonwealth v. Smith, Appellant.

Submitted October 18, 1983. George Henry Newman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Nelson A. Diaz is affirmed.